# United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

FELIX UGARTE

**WARRANT FOR ARREST**

TO: **The United States Marshal
and any Authorized United States Officer**

**CASE NUMBER:**

## 00-6361

CR-DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest _____ FELIX UGARTE _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections _____ 371; 659 and 2 _____

CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer | Title of Issuing Officer

_signature_ | 12/19/00 Ft. Lauderdale, FL
Signature of Issuing Officer | Date and Location

Bail fixed at $100,000 CSB w/ Nebbia | by BARRY S. SELTZER, U.S. Magistrate Judge
 | Name of Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |