UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

CASE NO. 00 6361 cr WPD

v.

REPORT COMMENCING CRIMINAL ACTION

FELIX UGARTE   Defendant

4771-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

FILED by _____ D.C.
INTAKE
DEC 2 7 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

1. Date and time of arrest: 12-21-00  0600
2. Spoken language: SPANISH
3. Offense(s) charged: T18, USC SEC 2, 371 & 659  AIDING & ABETTING, CONSPIRACY & THEFT OF INTERSTATE & FOREIGN SHIPMENT
4. U.S. Citizen  ☐ YES  ☒ NO  ☐ UNKNOWN
5. Date of birth: 08-01-46
6. Type of charging document: (Check One)
   ☑ INDICTMENT   ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6361 CR-DIMITROULEAS  CASE NO. _____
   DISTRICT: SDF  (Where warrant or complaint is filed.)
   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☒ YES  ☐ NO
   AMOUNT OF BOND: $100,000 CSR BAIL
   WHO SET BOND: BAIL SET BY AUSA
7. REMARKS: _____
8. DATE: 12/22/00
9. JOSE ALVAREZ
   ARRESTING OFFICER
10. AGENCY: MDPD
11. (305) 471-3400
    PHONE NO.