koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. __00-6361-CR-DIMITROULEAS/LLS__

UNITED STATES OF AMERICA

(SEALED)

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language __SPANISH__
Tape No. 00FX- _154-345_

v.

AUSA __Don Chase__
Agent __MDPD-JOSE ALVAREZ__

FILED by ___ D.C.
INTAKE

FELIX UGARTE

(305) 471-3400

DEC 2 7 2000

Defendant.

DOB: 8-1-46
Reg # 66771-004

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

_____/

The above-named defendant having been arrested on __12-21-00__ having appeared before the court for initial appearance on __12-26-00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. __Leo Spitale__ appeared as permanent/(temporary) counsel of record.
   Address: __13191 Coral Way Ste 619 Mia FL__
   Zip Code: __33145__ Telephone: __305-567-2472__

2. _____ appointed as permanent counsel of record.
   Address: _____ Ft Laud.
   Zip Code: _____ Telephone: _____ 11 Am in

3. The defendant shall attempt to retain counsel and shall appear before the court at ~~10:00~~ A.M. on __1/4/01 @__ __11 Am__ , 2000.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __10am__ __1/4 in Ft Laud__, 2000./

5. ~~The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because_____~~

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am_____, 2000.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   __Stipulated $100K PSB cosigned by Martha Padron + Antonia__
   __Guia - No hearing held__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows: ___times a week by phone, ___time a week in person;

   other: __as directed; TVL allowed w/in State of FLorida__

c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

✓ d. Maintain or actively seek full time gainful employment.

✓ cosigners not to encumber property.

Page 1 of 2



FELIX UGARTE

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

  If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___
_____
_____

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and    revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond    itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Miami, Florida, this 26th day of DECEMBER 2000.

                                          _____
                                          **UNITED STATES MAGISTRATE JUDGE**
                                          **ANDREA M.** SIMONTON

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation