CASE NUMBER __00-6361-CR-DEMITRIOULEAS/LSS__
(SEALED)

## INTERPRETER REQUIRED IN CASE

FILED by ___ D.C.
INTAKE

**DEC 2 7 2000**

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA MIAMI

FOREIGN LANGUAGE __SPANISH__

DEFENDANT(S) __FELIX UGARTE__

c: COURT INTERPERTER SUPERVISOR

