kntctmpapr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00 – 6 3 6 1 - DIMITROUL EAS/LSS_

UNITED STATES OF AMERICA,

v.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

_Felix Ugarte_

COMES NOW ____LEONARDO SPITALE JR____ and

files this temporary appearance as counsel for the above named
defendant(s) at initial appearance. This appearance is made with
the **understanding** that the undersigned counsel will fulfill any
**obligations imposed** by the Court such as **preparing and filing**
**documents** necessary to collateralize any **personal surety bond** which
may be set.

Counsel's Name (Printed) ___LEONARDO SPITALE JR___

Counsel's Signature _____

Address ___3191 Coral Way Suite 619___

___MIAMI FL ZIP CODE: 33145___

Telephone ( 305 ) 567-2472

Florida Bar Number ___338011___

FILED by ___ D.C.
INTAKE

DEC 2 7 2000

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA MIAMI

