# *United States District Court*

**SOUTHERN** **DISTRICT OF** **FLORIDA**

UNITED STATES OF AMERICA

V.

FELIX UGARTE

TO: **The United States Marshal and any Authorized United States Officer**

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6361**

**CR-DIMITROULEAS**

YOU ARE HEREBY COMMANDED to arrest ___FELIX UGARTE___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections  371; 659 and 2

CLARENCE MADDOX  
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT  
Title of Issuing Officer

Signature of Issuing Officer

12/19/00 Ft. Lauderdale, FL  
Date and Location

Bail fixed at $100,000 CSB with Nebbia   by BARRY S. SELTZER U.S. Magistrate Judge  
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL |||
| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/22/00 | | Edward Purchase, SDUSM |