## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: FELIX UGARTE (B)　　　　　　　　CASE NO: 00-6361-CR-DIMITROULEAS
AUSA: DON CHASE　　　　　　　　　　　ATTY: LEO SPITALE, ESQ. (temp)
AGENT:　　　　　　　　　　　　　　　　VIOL:
PROCEEDING: INQ RE CNSL / ARRAIGNMENT　RECOMMENDED BOND:
BOND HEARING HELD - yes / no　　　　　COUNSEL APPOINTED:
BOND SET @:　　　　　　　　　　　　　To be cosigned by:

FILED by JAN -4 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

Reading of Indictment Waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____

(Circle One)
Interpreter Request ✓
No interpreter
N~ Known
_____
(Specify Language)

❏ Travel extended to: _____

❏ Halfway House _____

NEXT COURT APPEARANCE:　　DATE:　　TIME:　　JUDGE:　　PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: Jan 25　11　BSS

DATE: 1/4/01　TIME: 11:00　FTL/LSS TAPE # 0/- 001　Begin: 2234　End: 2997

recall 2941