REC'D by D.C.
JAN 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

FELIX UGARTE

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 25, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____LEO SPITALE, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____CON'T AS SET IN MIAMI_____

Bond hearing held: yes_____  no_____  Bond hearing set for_____

Dated this __4TH__ day of __JANUARY__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By_____
Deputy Clerk

Tape No. ___01-001_____

cc: Copy for Judge
    U. S. Attorney