JAN 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

FLORIDA BAR NO. 338011

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 00-6361-CR-DIMTROULEAS

vs.

FELIX UGARTE,

    Defendant.

NOTICE OF APPEARANCE

FILED by JAN 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

THE LAW OFFICE OF LEO SPITALE, JR., ATTORNEY AT LAW, hereby files this notice of appearance in this cause.

IT IS HEREBY requested that a complete copy of any Information or Indictment filed pertaining to this cause be forwarded to the undersigned of the time, date, and place of the arraignment, hearings and trial pertaining to this matter to insure prompt appearance of the defendant and the undersigned counsel before this court.

I HEREBY CERTIFY that a true and correct copy of the above Notice of Appearance was forwarded this <u>4th</u> day of OCTOBER , 2000, to the Office of the United States Attorney, 99 NW 4TH Street, Miami, Florida 33132.

    Respectfully submitted,

    Law Office of Leo Spitale, Jr.
    Attorney At Law
    3191 Coral Way Suite 619
    (305) 567-2472

BY: _____
    Leo Spitale, Jr.

