REC'D BY
DKTD
JAN 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS

FILED by
JAN -4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

  Plaintiff,

v.

FELIX UGARTE,

  Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

The undersigned attorney, Juan de Jesus Gonzalez, files his Notice of Permanent Appearance (for trial only) on behalf of the Defendant in this cause pursuant to S. D. Fla. LR. 88.7.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to the office of the U.S. Attorney, 99 N.E. 4th Street, Miami, Florida 33132, this 4TH day of January, 2001.

Respectfully submitted,

JUAN DE JESUS GONZALEZ
Lawyer, P.A.
11305 S.W. 24 Terrace
Miami, Florida 33165
Tel.: (305) 854-8495
Fax: (305) 229-8059

By: _____
       Juan de Jesus Gonzalez
       Florida Bar No. 371904