UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6361-CR-DIMITROULEAS

    Plaintiff,

vs.

FELIX UGARTE,

    Defendant.

_____/

### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Government's January 22, 2001 Motion

For Continuance of Trial Date, and the Court noting that no proposed order, as required by Local

Rule 7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without

prejudice to renew at the Calendar Call. Mr. Chase need not be present; another prosecutor may

stand in for him.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Leonardo Spitale, Jr., Esquire
3191 Coral Way, #619
Miami, FL 33145

Don Chase, AUSA

