COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Felix Ugarte (no deft) | CASE NO: | 00-6361-CR-Dimitrouleas |
| AUSA: | Don Chase /Bruce Brown | ATTNY: | Leo Spitale /Arnold Suri standing in |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

FILED by ___ D.C.
INTAKE
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Discovery out
5 days to try
No 15 Nicts
Govt mot to cont
pending
A - has not recd
discovery -
A will move to cont.
(voluminous discovery)

NEXT COURT APPEARANCE:    DATE:       TIME:       JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 1-25-01    TIME: 11:0a0m    TAPE # 01-004   PG # 11

120 - 175