UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

FELIX UGARTE,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on January 25, 2001. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government has moved to continue this cause but believes that it will ultimately require five days to try. Finally, the Government represented that the documents in this case are voluminous.

2. Defense counsel has not yet received the Government's discovery response.

1



He anticipates moving to continue the trial of this cause owing to the voluminous nature of the discovery.

DATED at Fort Lauderdale, Florida this 25th day of January 2001.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Don Chase, Esquire
Assistant United States Attorney

Leo Spitale, Esquire
1345 SW 17th Terrace
Miami, Florida 33145-1629
Attorney for Defendant