UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

FELIX UGARTE,

Defendant.
_____/

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, Felix Ugarte, by and through his undersigned attorney and files this Motion for Continuance and in support hereof, states as follows:

1. The Defendant is presently scheduled for trial during the week of February 12, 2001.

2. The Defendant's attorney received the first discovery response on January 26, 2001. That response indicated that discovery of this case is voluminous consisting of hundreds of pages of documents, audio and visual tapes.

3. The Defendant has recently undergone heart surgery and as of the week of January 22, 2001 was in the hospital recuperating from the heart surgery.

4. The Defendant will need at least 8 weeks of rest and rehabilitation before he can assume stressful activities such as preparing for trial.

5. Defendant's attorney will necessarily need the assistance of his client in order to competently prepare for trial.

6. This cause has not been previously continued and this is the first setting of this case.

Page 1 of 2

WHEREFORE, the Defendant respectfully prays this Court reschedule the trial setting in this case for at least three (3) months.

Respectfully submitted,

JUAN DE JESUS GONZALEZ,
Lawyer
11305 S.W. 24 Terrace
Miami, Florida 33165-2254
Tel: (305) 854-8495
Fax: (305) 229-8059

By:_____
Juan de Jesus Gonzalez
FBN 371904

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the office of the AUSA Donald F. Chase, II, 99 N.E. 4th Street, Miami, Florida 33132 this 30th day of January, 2001.

By:_____
Juan de Jesus Gonzalez

Page 2 of 2