UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6361-CR-DIMITROULEAS

    Plaintiff,

vs.

FELIX UGARTE,

    Defendant.
_____/

## ORDER ON MOTION FOR CONTINUANCE

THIS CAUSE having come to be heard before me this date upon Defendant's Motion for

Continuance [DE-31], and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is Denied, without prejudice to renew at

the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

5 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Juan De Jesus Gonzalez, Esquire
11305 SW 24th Terrace
Miami, FL 33165

Leonardo Spitale, Jr., Esquire
3191 Coral Way, #619
Miami, FL 33145

Don Chase, AUSA

