## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6361-CR-WPD    DATE: February 9, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Felix Ugarte

U.S. ATTORNEY: Don Chase / Harry Schneider    DEFT. COUNSEL: Leonardo Spitale, Juan de Jesus Gonzalez

REASON FOR HEARING: Calendar call / status conf.

RESULT OF HEARING: Deft not present as required. Deft's motion to continue is granted. Court resets case and finds the time from today until trial deemed excludable. Deft directed to fill speedy trial waiver form.

CASE CONTINUED TO: 3/16/01    TIME: 9:00    FOR: Cal Call
MISC: 3/19/01    2 week trial period

