## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

FILED by ___ D.C.
MAR 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6361-CR-WPD   DATE: March 16, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.   Felix Ugarte

U.S. ATTORNEY: Don Chase   DEFT. COUNSEL: Jean Gonzalez

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft requests additional time. Court resets the case for Monday.

CASE CONTINUED TO: 3/19/01   TIME: 9:15   FOR: Cal. call.

MISC: _____