**CRIMINAL MINUTES**

FILED by /hc/ D.C.
MAR 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6361-CR-WPD   DATE: March 19, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA  VS.  Felix Ugarte

U.S. ATTORNEY: On Chase   DEFT. COUNSEL: Jose Gonzalez

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: (continued from Friday)

Deft still under oath. Court questions deft. Deft to plead guilty to Count 2. Gov't agrees to dismiss Count 1. Indictment erroneously indicates Counts 1 & 3. On Chase to correct Indictment to reflect Counts 1 & 2.

CASE CONTINUED TO: 5/25/01   TIME: 11:00   FOR: Sentencing

MISC: Written plea agreement filed.