UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX UGARTE,

    Defendant.
_____/

## **OBJECTION TO PSI**

COMES NOW the Defendant, Felix Ugarte, by and through his undersigned attorney and files this Objection to PSI and in support hereof, states as follows:

1. The Defendant objects to paragraph 14 of the PSI which does not accurately reflect the Defendant's role in this offense.

2. The Defendant objects to paragraph 19 which the establishes the loss attributable to the Defendant at $188,200.00 because the amount was clearly unforeseeable to the Defendant.

3. The Defense objects to paragraph 20 of the PSI which attributes a two level increase for more than minimal planning.

4 The Defense objects to paragraph 22 of the PSI which does not adjust his role in the offense as the Defendant is clearly a minimal participant.

5. The Defense objects to paragraph 26 as the Defendant has clearly and honestly accepted responsibility for his conduct and therefore deserves the appropriate reduction in levels.


[NON-COMPLIANCE OF S.D. fla. L.R. 5.1B



**REQUEST FOR DOWNWARD DEPARTURE**

1. The Court should depart downward from the Defendant's sentencing range as there exists mitigating circumstances not adequately taken into consideration by the commission.

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed to the office of the A.U.S.A. Donald F. Chase, II, (954) 356-7336 and U.S. Probation Officer, Kenneth J. Gonzalez, (305)523-5416 this 23rd day of April, 2001.

Respectfully submitted,

JUAN DE JESUS GONZALEZ
Lawyer, P.A.
11305 S.W. 24 Terrace
Miami, Florida 33165
Tel.: (305) 854-8495
Fax: (305) 229-8059

By: _____
Juan de Jesus Gonzalez
Florida Bar No. 371904

Page 2 of 2