UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FELIX UGARTE, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S EXHIBITS SUBMITTED
### IN SUPPORT OF PSI'S CALCULATION

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, submits the following attached exhibits to support the Pre-Sentence Investigation report's calculation that the amount of loss involved in the offense of conviction was $188,200.00:

Exhibit 1 is an invoice from Panasonic Latin America, S.A., establishing that National Electronics agreed to purchase 2,800 video cassette tape recorders at a cost of $82.50 USD per unit for a total purchase price of $231,000.00.

Exhibit 2 is a United States Customs form 5043 establishing that 2,800 cartons of Panasonic VCRs arrived at the Port of Miami on November 13, 1999 bound for National Electronics inside 2 containers: the container numbered 970963 contained 2,160 VCRs and the container numbered 250838 contained 650 VCRs.

Exhibit 3 is a Miami-Dade Police Department report dated November 18, 1999 regarding the theft of cargo container 970963 containing 2,160 VCRs from National Electronics.

Exhibit 4 is a Broward County Sheriff's Office property receipt dated November 26, 1999 establishing the recovery of 1,478 Panasonic VCRs from the undercover warehouse after a burglary was committed of the same.



The attached documents corroborate the loss as found in the PSI as the purchase price of 2,160 VCRs at a cost of $82.50 per unit equals $178,200. The case agent is prepared to testify that the stolen cargo container was valued at approximately $10,000.00. The loss involved in the offense of conviction clearly is within the more than $120,000 but not more than $200,000.00 as set forth at paragraph 19 on page 9 of the PSI.

                            Respectfully submitted,

                            GUY A. LEWIS
                            UNITED STATES ATTORNEY

                            By: *[signature]*
                            DONALD F. CHASE, II
                            ASSISTANT UNITED STATES ATTORNEY
                            Court Number A5500077
                            500 East Broward Boulevard, Suite 700
                            Fort Lauderdale, FL 33394
                            Tel. (954) 356-7255, extension 3513
                            Fax. (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of May 2001 to Juan DeJesus Gonzalez, Esquire, 11305 SW 24th Terrace, Miami, Florida 33165.

                            *[signature]*
                            DONALD F. CHASE, II
                            ASSISTANT UNITED STATES ATTORNEY

# Panasonic Latin America, S.A.

P.O. Box 7592 Panamá 5, Republic of Panama Cable Address "MATSUELECO PANAMARP"
Telex: ITT 3602 MATLECO · TRT 2168 MATSUELECO Fax: 229-1000 Telephone: 229-2956
COLON FREE ZONE
COLON, REPUBLIC OF PANAMA

00002944

No. 10838 SO

## INVOICE

r placed by Messrs. 35160998

R.U.C. 735-126-118407 D.V. 00

NATIONAL ELECTRONICS
10501 NW 7TH AVENUE
MIAMI, FLORIDA 33150  U.S.A.

account of Messrs.

NOTIFY: NAFEX
11451 NW 36TH AVENUE
MIAMI FLORIDA 33167 U.S.A TEL.305-769-2323/1377
NATIONAL ELECTRONICS
10501 NW 7TH AVENUE
MIAMI FLORIDA 33150 U.S.A.
ATN:MARILIN B. ALVAREZ

signed to Messrs.

Route:         92
S/I No.        J-1156
S/I Date:      29/10/1999
Invoice Date:  04/11/1999
Order No.

Shipping Mark:

NATIONAL ELECTRONICS
MIAMI, FL,33150 U.S.A.

ipped per MARITIMO         on VAPOR CSAV-RIMAC V-14
m  MANZANILLO    to MIAMI FL,      via
   COLON-PANAMA     U.S.A.

yment ADVANCE PAYMENT

Panasonic Latin America, S.A.
Manager

| Case No. | No. of Pkgs | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1/2800 | 2800 | 2800 | NV-SD4090PN<br>VHS VIDEO CASSETTE TAPE RECORDER | 82.5000 | 231,000.0000 |
| | | | C.I.F. MIAMI | USD | 231,000.00 |
| | | | INSURANCE COVER BY CIA INTERNATIONAL DE SEGUROS, S.A.<br>FLOATING POLICY NO.T-00611<br>INSURED VALUE  USD254,100.00<br>COUNTRY OF ORIGIN : JAPON<br><br>TOTAL CARTONS       :     2800<br>TOTAL WEIGHT : N :  9,380.00 KGS<br>               GR : 11,200.00 KGS<br>TOTAL CUBIC FEET    :  3421.3 CFT<br><br>FREIGHT AND INSURANCE PREPAID<br><br>WE HEREBY CERTIFY THAT THIS INVOICE IS TRUE AND CORRECT IN<br>ALL PARTICULARS.<br>PANASONIC LATIN AMERICA, S.A. | | |

1

GOVERNMENT
EXHIBIT
1

# DELIVERY TICKET

**DEPARTMENT OF THE TREASURY**
**U.S. CUSTOMS SERVICE**
19. 4.37, 6.38, 18.8, 21.8, 21.8, G.R.
19.2, 21.8, G.M.

| | | |
|---|---|---|
| PORT | 5201 | ENTRY NUMBER (WHE, IT, TE, G.O., Other, describe) |
| | | WTA-0101042-7 |

☐ TRANSFER  ☒ CARTAGE  ☐ RELEASE

**GOODS DELIVERED FROM** (Pier, Station, Airport, etc.)
P.O.M.T.O.C.
2020 Port Blvd, Port of Miami
Miami, Florida
Firms: L239

**GOODS DELIVERED TO**
National Electronics
11451 N.W. 36th. Avenue
Miami, Florida 33167
Firms: M543

**DATE OF ENTRY**: 11-15-99
**DATE OF ARRIVAL**: 11-13-99

**BILL OF LADING NO.**: CHIW 31A004681

**NAME AND ADDRESS OF CONSIGNEE**
National Electronics
10501 N.W. 7th. Avenue
Miami, FL 33150
IRS: 65-0475375

**NAME OF IMPORTING CARRIER** (If airline—Give Airline and Fit. No.)
Chilean Line ("Rimac" V-14)

| LIEN NO. | DATE OF LIEN | LIEN FILED BY |
|---|---|---|
| | | |

**LIEN SATISFIED**
DATE  ☐ ENTRY  ☐ SALE

| MARKS AND NUMBERS (Row Nos. of C&FS Nos.) | DESCRIPTION OF MERCHANDISE | CONDITIONS, WEIGHTS, ETC. |
|---|---|---|
| NATIONAL ELECTRONICS | --2800 CTNS--Containing one (1) pcs. each | 11200 K |
| MIAMI, FL 33150 USA | PANASONIC Video Cassette Recorder, model | |
| No. 1/2800 | NVSD4090PN, loaded into one (1) x 20' and | |
| | one (1) x 40' container: | |
| 1 x 20': | CSVU-250838-0, SEAL B0157259; 650 CTNS, 2,560 K | |
| 1 x 40': | ITNU-970963-3; SEAL B0157350; 2160 CTNS; 8640 K | |

**TOTAL NO. OF PACKAGES**: --2,800 CTNS--
*Delivered in good condition except as noted.*

**SIGNATURE OF CONSIGNEE**: National Electronics, IRS: 65-0475375
*Received in good condition except as noted.*

**C.K. LICENSE NUMBER**: M162
**TRUCK NUMBER**: 
**SIGNATURE OF CARTMAN OR LIGHTERMAN**: 

**DELIVERING CUSTOMS OFFICER** | **DATE AND TIME** | **RECEIVING CUSTOMS OFFICER** | **DATE AND TIME**

**DELIVERING PROPRIETOR**: UNIVERSAL 65-0629353
**RECEIVING PROPRIETOR**:

Form 6043 (8-12-78)

**GOVERNMENT EXHIBIT 2**

GPO 964-121

# OFFENSE-INCIDENT REPORT

## MIAMI-DADE POLICE DEPARTMENT — 57698 30

| | | |
|---|---|---|
| Original Date | Thu 11 18 99 | Time Rec'd 0900 Time Dispatched 0930 Time Arrived 1003 Time Completed 1253 |
| Incident Day | Wed 11 17 99 | Time 1830 Thu 11 18 99 0745 |

Offense #1: Burglary - Cvt — IC 81 10 H 0 2
Offense #2: Theft — C8 1 24 014

Incident Location: 11451 NW 36 Ave Mia FL 33167  F 05873

Business: National Electronics

Location Type: 25

| V/W | Weapon | Offender | Force | Use Stolen | Type/Weapon | Entry | Premises Entered | Exit | Drugs |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | UK | 01 | 00 | 00 | | | 10 0 | 00 |

Victim #1: VII 4 National Electronics
Address: Same As Above
Phone: 305 751-8571 x105
Sasson, Zakay — Uzi Sasson

Victim #2: 7 12 4 Universal CFS Trucking Corp
Address: Same As Above
Phone: 305 685-7005
Esquivel, Jesus

## Narrative

Between the listed dates and times some unk persons entered the fences in area with a tractor and removed the listed container and chasis with listed items on board. Z1 who is a security guard, stated the he keeps the gate locked and is unsure how the container was

Det Diaz E6212 1030
Caponigro V. 3498 92 E2303

GOVERNMENT EXHIBIT 3

# MIAMI-DADE POLICE DEPARTMENT — VEHICLE/PROPERTY REPORT

Agency Report #: 576.983(W)

Date Reported: 1.1.1.899
Type: Burglary
Victim: National Electronics

| # | Qty | Property | Description | Serial/Model |
|---|---|---|---|---|
| V1 | 1 | T | 2160 Panasonic "VCR's" | NV5D4090PN |
| | Value: 200.000.00 | | | |
| V2 | 2 | 1 | Chasis | TAXZ-129455  1984 |
| | Value: 2.000.00 | | | |
| V3 | 3 | 1 | Cargo Container | TTNU970963 [3] |
| | Value: 2.20.000.00 | | | |

Property Stolen Value: 2.37.000.00
Property Recovered Value: $

Narrative:
Taken. Det Diaz responded no scene. Cargo Theft Unit Notified and advised to fAX a copy of Theft Report. T.I Notified at 1210 pm

Officer: Carpnigro V. 3499-92
ID: E2303

# PERSON(S) REPORT

## MIAMI-DADE POLICE DEPARTMENT

Agency Report Number: 576 983 W

Date Reported: 11-18-99
Primary Offense Description: Burglary
Victim #1 Sought: National Electronics

Victim Name: Corredera, Tomas
Address: 920 SW 2 Ave #1, Mia, FL 33130
Phone: 305-854-9316

Race/Sex: W M
DOB/Age: 12/22/29

Officer: Canigan V. — 3498-92
ID: E 0303
Date: 11/18/99

Page: 31-13

| BROWARD SHERIFF'S OFFICE<br>Post Office Box 9507<br>Fort Lauderdale, Florida 33310 | **PROPERTY RECEIPT** | | LAB # |
|---|---|---|---|
| ☐ ABANDONED  ☒ EVIDENCE | ☐ SAFEKEEPING | | ☐ FORFEITURE HOLD |
| Case #: 99-11-1400 | Date and Time Received: 11-26-99 | Investigating Unit/Agency: SID-BSO | Offense: CARGO THEFT |
| NCIC/FCIC Agency: MIAMI DADE SO | | Agency Case #: 576 983 W | |
| Suspect: UNKNOWN | Address: RECOVERY (2211 SW 5 AVE WHHWD) | | Race/Sex DOB: U/M |
| Suspect: UNKNOWN | Address: | | Race/Sex DOB |
| Found By: DET. K.G. AKER | Address: BSO/SID | | Race/Sex DOB: 954-492-1880 |
| Owner/Claimant: NATIONAL ELECTRONICS | Address: 11451 S.W. 36 AVE, MIAMI FL 33167 | | Race/Sex DOB |
| Victim's name (if applicable): SAME AS OWNER | Address: | | Telephone #: 305-751-8571 |

| Item Number | Number of items | DESCRIPTION |
|---|---|---|
| 1 | 1478 | PANASONIC-VIDEO CASSETTE RECORDER MODEL # NVSD-4090 PN |

I hereby acknowledge the above list represents all the property taken from my possession:
N/A

I hereby acknowledge the above list represents all property impounded by me:
CCN: 1039  Dist: SID  Div: SID
(Impounding Officer's) Signature: K.G. Aker 1039
Printed Name: K.G. AKER

RECEIVED BY: K [signature]

REASON: OWNER   DATE: 11-26-99   TIME: 1136 HRS

Court Case # 
CURRENCY: Verified By/CCN:

EVIDENCE CONFI[S]  **GOVERNMENT EXHIBIT 4**   ACE#