**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6361-CR-WPD  DATE: May 25, 2001

COURTROOM CLERK: Karen A. Carlton  COURT REPORTER: Bob Ryckoff

PROBATION: Trey Webb  INTERPRETER: Spanish

UNITED STATES OF AMERICA  VS. Felix Ugarte

U.S. ATTORNEY: Don Chase  DEFT. COUNSEL: Juan Gonzalez

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
3 years Probation, No Fine, $100 assessment
$56,365 Restitution (joint & several to be
paid during the period of probation.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft informed of Right to Appeal.