UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                    CASE No. 00-6361-CR-WPD

FELIX UGARTE,
    Defendant.
_____/

### DEFENDANT UGARTE'S MOTION TO TERMINATE PROBATION

The Defendant, FELIX UGARTE, by and through undersigned counsel respectfully moves this Court to terminate probation and in support thereof states the following:

1. On May 25, 2001, the Defendant plead Guilty to receiving and possessing stolen goods in violation of 18 U.S.C. section 659. The Court placed the Defendant on probation for a term of three (3) years.

2. The Defendant is fifty-seven (57) years old, and resides at 6750 S.W. 24th Court, Building 14, Apartment 11, Hialeah, Florida, and has resided there with his wife and fifteen (15) year old daughter for an extended period of time proceeding even the impostion of the probation in this cause. He has resided in Miami-Dade County for seven (7) years. The Defendant has been employed by MBC Transportation Company since the commencement of his probation, though his employment has not been without interruption.

3. The Defendant makes a very nominal income at his current job. The Defendant would like to seek other employment with a higher rate of pay but is unable to secure new employment due to his probation status.

4. The Defendant has not been charged with any violations during the period of his probation; he has complied with the standard provisions of supervision; he has paid the special assessment fee in full; he has maintained a stable residence and maintained stable employment.



     5.    18 U.S.C 3564 permits early termination of probation at the expiration of one year of probation in the case of a felony. As it is, the Defendant has completed over twenty-six (26) months of probation.

     6.    The defendant was ordered to pay fifty-six thousand dollars ($56,000) in restitution. The defendant has fully paid one hundred dollars ($100) a month, this sum set by the United States Probation Office, as an appropriate payment towards his restitution.

     7.    Undersigned counsel has spoken to Assistant United States Probation Officer Nelson Valenzuela who informed undersigned counsel that he would be filing his own response to the instant motion.

**WHEREFORE**, the Defendant respectfully requests this Court to terminate probation and discharge Defendant from further supervision.

I HEREBY CERTIFY that a true and correct copy of the above was furnished to the OFFICE OF THE UNITED STATES ATTORNEY, 500 EAST BROWARD BOULEVARD, SUITE 700, FORT LAUDERDALE, FLORIDA 33394 on this ____ day of August, 2003.

Respectfully Submitted,

_____
CARL J. MECKE
FLORIDA BAR No. 872385
1481 N.W. NORTH RIVER DRIVE
MIAMI, FLORIDA 33125
TEL: (305) 324-5077