UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6361-CR-DIMITROULEAS

     Plaintiff,

vs.

FELIX  UGARTE,

     Defendant.
_____/

### ORDER DEFERRING RULING

THIS MATTER having come before the Court on the Defendant's August 28, 2003

Motion to Terminate Probation [DE-104], the Court will defer ruling for five (5) days to await a

response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of August, 2003.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald Chase, AUSA

Carl J. Mecke, Esquire
1481 N.W. North River Drive
Miami, Florida 33125

U.S.P.O.