UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA   )
                           )
                           )
v.                         )
                           )
                           )
FELIX UGARTE,              )
                           )
            Defendant.     )
_____)

**GOVERNMENT'S RESPONSE TO
THE DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE EARLY**

The United States of America, by and through the undersigned Assistant United States Attorney, files this response in opposition to the early termination of the defendant's supervised release and, as its grounds, adopts the position of the defendant's supervising probation officer as set forth in the attached memorandum.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
Tel. (954) 356-7255, extension 3513
Fax. (954) 356-7336



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of September 2003 to Juan DeJesus Gonzalez, Esquire, 11305 SW 24th Terrace, Miami, Florida 33165.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DONALD F. CHASE, II
　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY

# United States Government
## MEMORANDUM

**DATE:** September 4, 2003

**FROM:** Nelson Omar Valenzuela, U.S. Probation Officer
Miami Lakes, Florida
(305) 512-1813

**SUBJECT:** UGARTE, Felix
Docket No. 00-6361-CR-DIMITROULEAS
SD/FL PACTS No. 66728

**TO:** Mr. Donald Chase
Assistant U.S. Attorney
Fort Lauderdale, FL

### RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION

**I. Original Offense and Sentence**

On May 25, 2001, the above-mentioned defendant was sentenced by Your Honor to three (3) years Probation, for the offense of Receiving and Possessing Stolen Goods, in violation of 18 U.S.C. § 659. In addition, the defendant was required to pay a special assessment fee of $100.00; along with a criminal monetary penalty of $56,265.00 in restitution (Joint & Several).

**II. History of Supervision & Compliance with Supervision Conditions**

Mr. Ugarte commenced his term of probation on May 25, 2001. Since then, he has maintained stable residence, however he has had several different jobs during the course of probation. Mr. Ugarte is currently employed and residing with his wife and daughter. Furthermore, Mr. Ugarte has not been charged with any new criminal offences and has remained drug free.

**III. United States Probation Officer Recommendation**

Pursuant to Title 18 U.S.C.3583(e), the Court may terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

During the course of supervision Mr. Ugarte has been compliant, however, the defendant has not provided any justification for early termination. Mr. Ugarte was sentenced to three (3) years of probation, however the sentencing guild lines exposed the defendant to a maximum of five (5) years probation. It is the opinion of this officer that the mere fact that a defendant has complied with the terms and conditions of his probation, does not justify the defendant's request.

The Honorable William P. Dimitrouleas
U. S. District Court Judge
September 4, 2003
Page 2

RE: UGARTE, Felix
SD/FL PACTS No. 66728

  It is the opinion of this officer that continued supervision on this defendant would provide the United States Probation Office the ability to ensure that no new criminal acts are committed by the defendant. The United States Probation Office will also continue to monitor the defendant's compliance with the payment of the restitution balance of approximately $50,000. Furthermore, this officer consulted with AUSA Donald Chase, who concurred with this officer's recommendation. Moreover, this probation officer respectfully recommends that the request for early termination of probation be respectfully denied.

  Please note, that upon contacting the chambers of the Honorable William P. Dimitrouleas we were instructed not to forward a recommendation from our office to him on this matter. This information is being provided to you in order to assist with your response to the early termination motion before the court.

  Should Your Honor have any further questions or concerns, please do not hesitate to contact this officer at (305) 512-1813.

Respectfully Submitted,

Reviewed by: _____
Marcelo Rodriguez, Deputy Chief
U.S. Probation Officer

NV: nv