UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6361-CR-DIMITROULEAS

    Plaintiff,

vs.

FELIX UGARTE,

    Defendant.
_____/

**ORDER**

THIS MATTER having come before the Court on the Defendant's August 28, 2003 Motion to Terminate Probation [DE-104], the Court having received a September 5, 2003 response from the Government, the Motion to Terminate Probation is Denied. The Court has considered the relevant factors in 18 U.S.C. § 3553(a). U.S. v. Gammarano, 321 F. 3d 311, 315 (2d Cir. 2003).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald Chase, AUSA

Carl J. Mecke, Esquire
1481 N.W. North River Drive
Miami, FL 33125

U.S.P.O.

